PD-0019-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/2/2015 12:00:00 AM
Accepted 11/2/2015 7:38:02 AM
ABEL ACOSTA
CLERK

# COURT OF CRIMINAL APPEALS

FILED IN
COURT OF CRIMINAL APPEALS

November 2, 2015

ABEL ACOSTA, CLERK

## PD-0019-15, PD-0020-15
## PD-0021-15, PD-0022-15

### *State of Texas, Appellant,*

### *v.*

### *Albert G. Hill, III, Appellee.*

On Discretionary Review from
Nos. 05-13-00421-CR, 05-13-00423-CR
05-13-00424-CR, and 05-13-00425-CR
Fifth Court of Appeals, Dallas

On Appeal from Nos. F11-00180, F11-00182,
F11-00183, and F11-00191
204th District Court, Dallas County

# Motion for Leave of Court by Appellee to file the attached Reply Brief

**To The Honorable Judges of the Court of Criminal Appeals:**

Appellee Albert G. Hill, III respectfully files this motion for leave of court to file the attached Reply Brief:

1.  On July 24, 2015, Appellee filed his opening brief.

2.  On September 9, 2015, the State filed its brief.

3.  Undersigned counsel normally does not file a reply brief in this Court because by the time a case reaches this Court and both parties have submitted their opening briefs, when counting the number of briefs before the court of appeals, this Court has before it a minimum of four briefs on the issues.

4.  However, in preparing for oral argument in this case, studying the relevant caselaw and record on appeal, and reviewing the State's arguments in its brief, undersigned counsel determined that certain contentions made by the State require a response. Those responses are contained in the attached Reply Brief.

5.  In this Court, filing a reply brief is not a matter of right.

6.  Texas Rule of Appellate Procedure 70.4 provides that this Court "may direct that a party file a brief, or an additional brief, in a particular case. Additionally, upon motion by a party the Court may permit the filing of additional briefs."

7.  This Court directed Appellee to file a Brief, which he did on July 24, 2015. This Court also directed the State to file a Brief, which it did on September 9, 2015.

8. Appellee now respectfully moves for leave of court and asks this Court to accept the attached Reply Brief in the form attached to this motion.

9. As the attached Reply Brief shows, the State makes various factual contentions that Appellee believes are not correct. The State also makes various arguments that Appellee believes divert this Court's attention from the issues, which are that: (1) Appellee proffered evidence to the *Motion to Dismiss* alleging prosecutorial misconduct; (2) the trial court in its discretion determined that the proffered evidence was sufficient to entitle Appellee to a hearing; and (3) "some evidence" means evidence that constitutes a colorable claim of a constitutional violation that may prove the elements of a presumed selective prosecution claim, and not evidence that proves the constitutional violation itself: (1) beyond a reasonable doubt, (2) by clear and convincing evidence, or (3) by a preponderance of the evidence.

10. Appellee also was required to clarify the appropriate standard that is used by the Fifth Circuit. Precedent of the Fifth Circuit is certainly not binding on this Court, but it may be persuasive, especially in this case.

11. Appellee thus believes that the attached Reply Brief will significantly aid this Court's decisional process.

12. Finally, in accordance with the local practice in this Court, Appellee submits the attached Reply Brief prior to the submission date, which is November 4, 2015.

**Prayer**

Appellee prays that the Court grant this motion for leave of court to file the attached Reply Brief, and accept the Reply Brief in the form attached to this motion.

Respectfully submitted,

George R. Milner III
Milner Finn Price
2828 N. Harwood St. Suite 1950
Dallas, Texas 75201
Phone: 214-651-1121
Fax: 214-953-1366
ItsRainingII@aol.com
Texas Bar No. 00784611

Leonard Thomas (Butch) Bradt
14090 Southwest Freeway Suite 300
Sugar Land, TX 77478
Phone: 281-201-0700
Fax: 281-201-1202
ltbradt@flash.net
Texas Bar No. 02841600
Attorney for Appellee

Michael Mowla
P.O. Box 868
Cedar Hill, Texas 75106
Phone: 972-795-2401
Fax: 972-692-6636
michael@mowlalaw.com
Texas Bar No. 24048680
Attorneys for Appellee

4

/s/ **Michael Mowla**
By: Michael Mowla

## Certificate of Service

I certify that on November 1, 2015, a true and correct copy of this document was served on Chad Baruch by email to chad@jtlaw.com, on Lisa McMinn, the State Prosecuting Attorney, by email to Lisa.McMinn@spa.texas.gov, and on John Messinger, Assistant State Prosecuting Attorney, by email to john.messinger@spa.state.tx.us. *See* Tex. Rule App. Proc. 9.5 (2015) and Tex. Rule App. Proc. 68.11 (2015).

/s/ **Michael Mowla**
By: Michael Mowla

5